IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cobbs, Kathleen

Printed: 9/3/08

Case Number: 05 B 12350
Judge: Goldgar, A. Benjamin
Filed: 4/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 12, 2008
Confirmed: May 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,030.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,591.06 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 354.94 |
| Other Funds: |  | 190.00 |
| Totals: | 7,030.00 | 7,030.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,894.00 | 2,894.00 |
| 2. | Midnight Velvet | Unsecured | 9.03 | 27.16 |
| 3. | Midwest Verizon Wireless | Unsecured | 75.66 | 227.56 |
| 4. | Capital One | Unsecured | 80.82 | 243.07 |
| 5. | T Mobile USA | Unsecured | 21.61 | 65.00 |
| 6. | Niko | Unsecured | 606.20 | 1,823.26 |
| 7. | US Bank | Unsecured | 318.90 | 959.13 |
| 8. | Capital One | Unsecured | 39.68 | 119.32 |
| 9. | Country Door | Unsecured | 42.09 | 126.56 |
| 10. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 11. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 12. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 13. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | RMR | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Continental Furniture | Unsecured |  | No Claim Filed |
| 18. | Comcast | Unsecured |  | No Claim Filed |
| 19. | Continental Furniture | Unsecured |  | No Claim Filed |
| 20. | Continental Furniture | Unsecured |  | No Claim Filed |
| 21. | Continental Furniture | Unsecured |  | No Claim Filed |
| 22. | ER Solutions | Unsecured |  | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 24. | GPO | Unsecured |  | No Claim Filed |
| 25. | Harvard Collection Services In | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Cobbs, Kathleen | Case Number: 05 B 12350 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/3/08 | Filed: 4/4/05 |

| | | | |
|---|---|---|---|
| 26. | James Augustyn | Unsecured | No Claim Filed |
| 27. | Nationwide Credit & Collection | Unsecured | No Claim Filed |
| 28. | Pekay & Blitstein P C | Unsecured | No Claim Filed |
| 29. | Van Ru Collection Agency | Unsecured | No Claim Filed |
| 30. | Fstr Rms Ret | Unsecured | No Claim Filed |
| 31. | OSI Collection Svc Inc | Unsecured | No Claim Filed |
| 32. | Account Recovery Service | Unsecured | No Claim Filed |
| 33. | NCO Financial Systems | Unsecured | No Claim Filed |
| 34. | MCS | Unsecured | No Claim Filed |
| 35. | Rush University | Unsecured | No Claim Filed |

$ 4,087.99              $ 6,485.06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 16.16 |
| 5.5% | 49.76 |
| 5% | 15.00 |
| 4.8% | 28.74 |
| 5.4% | 230.77 |
| 6.5% | 14.51 |
| | $ 354.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

